## WHEAT v. WASHINGTON.

No. 1301, Misc.   Decided June 17, 1968.*

*Charles M. Stokes* for petitioner in No. 1301, Misc.
*Anthony Savage, Jr.,* for petitioner in No. 1535, Misc.

*James E. Kennedy* for respondent in both cases.

PER CURIAM.

The motions for leave to proceed *in forma pauperis* and the petitions for writs of certiorari are granted.   The judgments of the Supreme Court of Washington are vacated and the cases remanded to that court for reconsideration in the light of *Bruton* v. *United States*, 391 U. S. 123, and *Witherspoon* v. *Illinois*, 391 U. S. 510.

MR. JUSTICE BLACK dissents.

MR. JUSTICE HARLAN dissents for the reasons stated in MR. JUSTICE BLACK's dissenting opinion in *Witherspoon* v. *Illinois*, 391 U. S. 510, 532, and MR. JUSTICE WHITE's dissenting opinion in *Bruton* v. *United States*, 391 U. S. 123, 138.

MR. JUSTICE WHITE dissents for the reasons stated in his dissenting opinions in *Witherspoon* v. *Illinois*, 391 U. S. 510, 540, and *Bruton* v. *United States*, 391 U. S. 123, 138.

---

*Together with No. 1535, Misc., *Aiken* v. *Washington*, also on petition for writ of certiorari to the same court.